```
IN THE UNITED STATES DISTRICT COURT FOR THE
       SOUTHERN DISTRICT OF ALABAMA
              SOUTHERN DIVISION
```

MICHAEL A. COOPER,                :
                                  :
    Plaintiff,                :
                                  :
vs.                               :   CIVIL ACTION 18-0443-JB-M
                                  :
CYNTHIA STEWART, et al.,          :
                                  :
    Defendants.               :

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED**, and **DECREED** that this action is **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

DONE this 22nd day of January, 2019.

                              s/JEFFREY U. BEAVERSTOCK
                              UNITED STATES DISTRICT JUDGE